MICHAEL LENNON, Respondent, *v.* MARY F. C. SMITH,
Impleaded, etc., Appellant.

Reported below, 23 App. Div. 293.
(Argued June 6, 1898; decided June 14, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 21, 1898, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the grounds that the Court of Appeals has no jurisdiction; that the affirmance by the Appellate Division was unanimous, and that the exceptions are frivolous.

*Alex Thain* for motion.

*Frank E. Smith* opposed.

Motion denied, with ten dollars costs.